**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **C&W Transportation Co., LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-0894333** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1550 Larimer Street, Suite 118 Denver, CO 80202** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Denver** | **Location of principal assets, if different from principal place of business** |
| County | **10550 East 54th Avenue, Unit C Denver, CO** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://cwtransport.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **C&W Transportation Co., LLC**
　　　　　Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business** A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　　__4213__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **C&W Transportation Co., LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor **C&W Transportation Co., LLC**     Case number (*if known*) _____
Name

☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **C&W Transportation Co., LLC**                              Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**
_____
MM / DD / YYYY

**X** **/s/ Brian Burns**                              **Brian Burns**
_____        _____
Signature of authorized representative of debtor         Printed name

Title   **Manager**
_____

**18. Signature of attorney**

**X** **/s/ Aaron A. Garber**                         Date   **June 11, 2024**
_____              _____
Signature of attorney for debtor                          MM / DD / YYYY

**Aaron A. Garber 36099**
_____
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
_____
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
_____
Number, Street, City, State & ZIP Code

Contact phone   **303-296-1999**          Email address   **agarber@wgwc-law.com**
_____

**36099 CO**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **C&W Transportation Co., LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 11, 2024**          X **/s/ Brian Burns**
                                        Signature of individual signing on behalf of debtor

                                        **Brian Burns**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **C&W Transportation Co., LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ **6,566,118.35**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $ **6,566,118.35**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **2,375,191.34**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **381.47**

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **4,962,902.54**

4.   Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b

   $ **7,338,475.35**

**Fill in this information to identify the case:**

Debtor name **C&W Transportation Co., LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm) / Type of account / Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **Bankers Trust** | **Money Market** | **4137** | $0.00 |
| 3.2. | **Bankers Trust** | **Operating Account** | **1708** | $0.00 |
| 3.3. | **Bankers Trust** | **Payroll** | **2923** | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

| | |
|---|---|
|  | $0.00 |

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **C&W Transportation Co., LLC**                              Case number *(If known)* _____
    Name

Description, including name of holder of prepayment

8.1. **Prepayments to Weld County Clerk and Recorder for vehicle registrations through Dec. 31, 2023 and Dec. 31, 2024**                                                     **$30.41**

---

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    **$30.41**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **2 laptops.** | **$0.00** | | **$2,500.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor   **C&W Transportation Co., LLC**          Case number *(If known)* _____
          Name

| | |
|---|---|
| 43. | **Total of Part 7.** |
| | Add lines 39 through 42.  Copy the total to line 86. |

| $2,500.00 |
|---:|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2013 Wabash 53' Dry Van Trailer VIN xx3906** | $0.00 | | $9,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx7116** | $0.00 | Liquidation | $1,000.00 |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx7117** | $0.00 | Liquidation | $1,000.00 |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx7118** | $0.00 | Liquidation | $1,000.00 |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx7119** | $0.00 | Liquidation | $1,000.00 |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx7120** | $0.00 | Liquidation | $1,000.00 |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx7212** | $0.00 | Liquidation | $1,000.00 |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx7122** | $0.00 | Liquidation | $1,000.00 |
| **2018 Toyota Pallet Jack 8HBW23 VIN xx9793** | $0.00 | Liquidation | $1,000.00 |
| **2022 Toyota Pallet Jack 8HBW23 VIN xx0661** | $0.00 | Liquidation | $1,000.00 |

Debtor   **C&W Transportation Co., LLC**                                   Case number *(If known)* _____
_____
Name

51.  **Total of Part 8.**                                                                           | **$18,000.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☒ No
  ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ☒ No
  ☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

  ☒ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** Domain Name: http://cwtransport.com | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** Tradename | $0.00 | | $1,617,000.00 |
| Deferred financing costs. | $0.00 | | $33,125.00 |
| 65.  **Goodwill** Goodwill | $0.00 | | $1,712,517.80 |
| Goodwill - JDHB Buyout | $0.00 | | $1,803,050.92 |
| Goodwill - Prism Buyout | $0.00 | | $1,379,894.22 |

66.  **Total of Part 10.**                                                                          | **$6,545,587.94** |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ☒ No

Debtor   **C&W Transportation Co., LLC**_____   Case number *(If known)* _____
           Name

☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **C&W Transportation Co., LLC**
Name

Case number *(if known)*

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $6,545,587.94 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,566,118.35 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,566,118.35 |

**Fill in this information to identify the case:**

Debtor name **C&W Transportation Co., LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **Bankers Trust**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Substantially all assets** | **$1,743,320.45** | **$0.00** |
|---|---|---|---|---|

453 7th Street
Des Moines, IA 50309
Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9003**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2** | **Bankers Trust**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Substantially all assets** | $231,870.89 | $0.00 |
|---|---|---|---|---|

453 7th Street
Des Moines, IA 50309
Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9004**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Debtor   **C&W Transportation Co., LLC**
_____
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Finstro** |
|---|---|

Creditor's Name

**1660 Lincoln St**
**Suite 2100**
**Denver, CO 80264**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9453**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Second position lien on receivables**

$400,000.00   $0.00

_____

Describe the lien
**Secured Loan**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$2,375,191.34

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **C&W Transportation Co., LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 510000**<br>**San Francisco, CA 94151-5100** | $381.47 | $0.00 |

| As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

☑ No

☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | $7,696.67 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __

Is the claim subject to offset?  ☑ No   ☐ Yes

|  |  | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Boxwheel Trailer Leasing**<br>**9001 E 96th Ave**<br>**Henderson, CO 80640** | $37,248.42 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

| Debtor | **C&W Transportation Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,036.50** |
|---|---|---|---|

**Brinks Towing Inc**
**5821 E 52nd Ave**
**#B**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$323.27** |
|---|---|---|---|

**Buckeye Welding & Supply Co Inc**
**8251 I-76 Frontage Rd**
**Henderson, CO 80640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,280.00** |
|---|---|---|---|

**Cabral's Mobile Powerwashing**
**7715 W 62nd Ave**
**Arvada, CO 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,919.50** |
|---|---|---|---|

**Canvas Solutions Inc**
**11951 Freedom Dr**
**Suite 401**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,440.00** |
|---|---|---|---|

**Claudia Valenzuela**
**4801 W Maple Pl**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**CobraHelp**
**1620 N High St.**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$348.68** |
|---|---|---|---|

**Comcast Business**
**PO Box 60533**
**City of Industry, CA 91716-0533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **C&W Transportation Co., LLC**
_____     Case number (if known) _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.87 |
|---|---|---|---|

**Concentra Medical Centers**
**O.H.C of the Southwest**
**PO Box 9008**
**Broomfield, CO 80021-9008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,751.67 |
|---|---|---|---|

**Crown Lift Trucks**
**PO Box 641173**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,547.90 |
|---|---|---|---|

**Crown Packaging Corp**
**PO Box 17806M**
**St Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $974.00 |
|---|---|---|---|

**CSC**
**PO Box  13397**
**Philadelphia, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Damario Gentry**
**420 Helena Ct**
**Suite 108**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,140.00 |
|---|---|---|---|

**Debra Eggleston, DC**
**7115 E 53rd Place**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $827.89 |
|---|---|---|---|

**Deep Rock Water**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **C&W Transportation Co., LLC**                                Case number (if known) _____

Name

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|---|---|---|---|

**Drive My Way**
**3711 Chester Ave.**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Dun & Bradstreet**
**75 Remittance Dr**
**Suite 1096**
**Chicago, IL 60675-1096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.36 |
|---|---|---|---|

**E-470 Public Highway Authority**
**PO Box 5470**
**Denver, CO 80217-5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,355.50 |
|---|---|---|---|

**Elegante Trucking LLC**
**18690 E 16th Pl**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,479.40 |
|---|---|---|---|

**Enterprise Holdings**
**PO Box 840173**
**Kansas City, MO 64184-0173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Finstro**
**1660 Lincoln St**
**Suite 2100**
**Denver, CO 80264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,053.20 |
|---|---|---|---|

**Foley Carrier Services LLC**
**PO Box 8549**
**Carol Stream, IL 60197-8549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor     **C&W Transportation Co., LLC**
_____
           Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$152.21** |

**Freedom Voice**
**5600 Avenida Encinas**
**Suite 170**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,220.00**

**Front Range Drug and Alcohol Testing**
**7115 E 53rd Place**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$6,955.67**

**Frontier Communications Corp**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,911.02**

**Grabers Diesel Repair**
**3306 W College Dr**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$15.00**

**Great West Casualty Company**
**PO Box 8007**
**Boise, ID 83707-2007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$18,035.15**

**Health EZ**
**7201 W 78th St**
**Suite 100**
**Bloomington, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,500.00**

**HR Unlimited, Inc**
**PO Box 8624**
**Fountain Valley, CO 92728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **C&W Transportation Co., LLC**                                Case number *(if known)* _____
          Name

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,735.17** |
|---|---|---|---|
| | **ICA Mobile Repair**<br>**9261 Hooker St**<br>**Westminster, CO 80031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,044.01** |
|---|---|---|---|
| | **Intermountain Trailer Sales & Service**<br>**9900 Emporia St**<br>**Henderson, CO 80640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,330.60** |
|---|---|---|---|
| | **J. Kent Staffing**<br>**3457 Ringsby Ct**<br>**Unit 103**<br>**Denver, CO 80216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|
| | **Jeph Blanchard**<br>**5 Bardon Lane**<br>**Bella Vista, AR 72714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,799.21** |
|---|---|---|---|
| | **Kleinschmidt Inc**<br>**PO Box 7158**<br>**Deerfield, IL 60015-7158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.76** |
|---|---|---|---|
| | **Loves Travel Center**<br>**PO Box 842568**<br>**Kansas City, MO 64184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,587.95** |
|---|---|---|---|
| | **LYK Havana LLC**<br>**80 N King St**<br>**Honolulu, HI 96817-5109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor   **C&W Transportation Co., LLC**
_____   Case number (if known) _____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,126.09** |
|---|---|---|---|

**McCandless / Idealease Inc**
16704 E 32nd Ave
Aurora, CO 80011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109,690.00** |
|---|---|---|---|

**McGriff Insurance Services**
1001 17th St. Unit 1140
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,318.80** |
|---|---|---|---|

**McKinney Trailer Rentals**
PO Box 515574
Los Angeles, CA 90051-5874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,725.26** |
|---|---|---|---|

**Merritt Trailers**
9339 Brighton Rd.
Henderson, CO 80640-8229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144,024.02** |
|---|---|---|---|

**MHC Truck Leasing**
Attn: Vince Hellem
7000 E 46th Ave.
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,511.40** |
|---|---|---|---|

**Milestone Equipment Company**
PO Box 205589
Dallas, TX 75320-5589

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,308.66** |
|---|---|---|---|

**Mineral Tree Inc**
PO Box 931906
Atlanta, GA 31193-1906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **C&W Transportation Co., LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,494.45** |
| | **Nextran Truck Centers** | ☐ Contingent | |
| | **3915 Randolph Rd** | ☐ Unliquidated | |
| | **Kansas City, MO 64141** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.90** |
| | **Northwest Parkway** | ☐ Contingent | |
| | **3701 Northwest Parkway** | ☐ Unliquidated | |
| | **Broomfield, CO 80023** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,419.19** |
| | **Overhead Door Company** | ☐ Contingent | |
| | **3291 Peoria St** | ☐ Unliquidated | |
| | **Aurora, CO 80010** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,000.00** |
| | **PCP Management** | ☐ Contingent | |
| | **1550 Larimer St. Ste. 118** | ☐ Unliquidated | |
| | **Denver, CO 80202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$431,511.85** |
| | **PEH 1** | ☐ Contingent | |
| | **1550 Larimer St. #118** | ☐ Unliquidated | |
| | **Denver, CO 80202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$530,996.45** |
| | **Penske Truck Rental** | ☐ Contingent | |
| | **PO Box 7429** | ☐ Unliquidated | |
| | **Pasadena, CA 91109-7429** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134,264.56** |
| | **Pinnacol Assurance** | ☐ Contingent | |
| | **PO Box 561434** | ☐ Unliquidated | |
| | **Denver, CO 80256-1434** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **C&W Transportation Co., LLC**
_____
          Name                                          Case number (if known) _____

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,660.00 |
|---|---|---|---|

**Platform CW Finance LLC**
**1550 Larimer St**
**Suite 118**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584,078.31 |
|---|---|---|---|

**Platform CW Finance LLC**
**1550 Larimer St**
**Suite 118**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

**Platform Fuels Distribution Holdings**
**1550 Larimer St. Ste. 118**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,150.96 |
|---|---|---|---|

**Platform Management Company, LLC**
**1550 Larimer Street**
**Suite 118**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,381.79 |
|---|---|---|---|

**Platform Waste**
**1550 Larimer St. Ste. 118**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,366.00 |
|---|---|---|---|

**Prepass**
**PO Box 52774**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398,747.95 |
|---|---|---|---|

**Prism**
**1625 S 218 St.**
**Elkhorn, NE 68022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **C&W Transportation Co., LLC**

Name

Case number *(if known)* _____

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Prism**
1625 S 218 St.
Elkhorn, NE 68022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,932.37** |
|---|---|---|---|

**Prism**
1625 S 218 St.
Elkhorn, NE 68022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,556.91** |
|---|---|---|---|

**Pro Drivers**
PO Box 102409
Atlanta, GA 30368-2409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$924.76** |
|---|---|---|---|

**Quick Set Auto Glass**
10655 E 120th Ct
Henderson, CO 80640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,300.00** |
|---|---|---|---|

**Randall Reilly LLC**
3200 Rice Mine Rd NE
Tuscaloosa, AL 35406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,103.96** |
|---|---|---|---|

**Redco Tire Inc**
5796 Emerson St
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,515.04** |
|---|---|---|---|

**Richey Inc**
7715 Dahlia St
Commerce City, CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **C&W Transportation Co., LLC**                                       Case number (if known) _____
          Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$444,634.32** |
|---|---|---|---|

**Ryder Transportation Services**
PO Box 96723
Chicago, IL 60693-6723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Smith, Brooks, Bolshoun & Co LLP**
5840 E Evans Ave
Denver, CO 80222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,050.98** |
|---|---|---|---|

**Standard Insurance - Accident**
PO Box 645311
Cincinnati, OH 45264-5311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,193.21** |
|---|---|---|---|

**Standard Insurance - Dental**
PO Box 650804
Dallas, TX 75265-0804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,253.26** |
|---|---|---|---|

**Standard Insurance - Life**
PO Box 645311
Cincinnati, OH 45264-5311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,488.99** |
|---|---|---|---|

**Standard Insurance - Vision**
PO Box  650804
Dallas, TX 75265-0804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,003.91** |
|---|---|---|---|

**Sterling**
PO Box 35626
Newark, NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **C&W Transportation Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,273.70** |
|---|---|---|---|

**SUPER VACUUM MFG. CO. INC**
**3842 Redman Dr**
**Ft Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Tenstreet, LLC**
**5121 S. Wheeling Ave**
**Suite 200**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,430.94** |
|---|---|---|---|

**Transwest Truck Trailer RV**
**PO Box 335**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$263.76** |
|---|---|---|---|

**Vircom inc**
**3551 St. Charles Blvd**
**Suite 604**
**Kirkland (Quebec), Canada H9H3C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$571.20** |
|---|---|---|---|

**Waste Management of Colorado**
**800 Capitol St. Ste. 3000**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,500.25** |
|---|---|---|---|

**WCF Select Insurance Company**
**100 W Towne Ridge Pkwy**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,975.62** |
|---|---|---|---|

**Weld County Clerk and Recorder**
**PO Box 459**
**Greeley, CO 80632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **C&W Transportation Co., LLC**
_____   Case number (if known) _____
Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286,197.14 |
|------|---|---|---|

**Xtra Lease**
**PO Box 219562**
**Kansas City, MO 64121-9562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Doug Brown**<br>**Brown Dunning Walker Fein Drusch PC**<br>**7995 E. Prentice Ave**<br>**Englewood, CO 80111** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 381.47 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,962,902.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,963,284.01 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **C&W Transportation Co., LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease 32101 expiring 2/11/26.** | |
| State the term remaining  **1 year, 8 months** | **MHC Truck Leasing**  **Attn: Vince Hellem**  **7000 E 46th Ave.**  **Denver, CO 80216** |
| List the contract number of any government contract | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease 3194 expiring 4/30/25.** |
| State the term remaining  **10 months** | **Penske Truck Rental**  **PO Box 7429**  **Pasadena, CA 91109-7429** |
| List the contract number of any government contract | |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease 3195 expiring 4/30/25.** |
| State the term remaining  **10 months** | **Penske Truck Rental**  **PO Box 7429**  **Pasadena, CA 91109-7429** |
| List the contract number of any government contract | |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease 3197 expiring 5/31/25.** |
| State the term remaining  **11 months** | **Penske Truck Rental**  **PO Box 7429**  **Pasadena, CA 91109-7429** |
| List the contract number of any government contract | |

Debtor 1 **C&W Transportation Co., LLC**

| First Name | Middle Name | Last Name |

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 3193 expiring 6/30/25.** |
| State the term remaining | **1 year** |
| List the contract number of any government contract | **Penske Truck Rental** **PO Box 7429** **Pasadena, CA 91109-7429** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 2192 expiring 6/30/25.** |
| State the term remaining | **1 year** |
| List the contract number of any government contract | **Penske Truck Rental** **PO Box 7429** **Pasadena, CA 91109-7429** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 3200 expiring 9/30/24.** |
| State the term remaining | **3 months** |
| List the contract number of any government contract | **Penske Truck Rental** **PO Box 7429** **Pasadena, CA 91109-7429** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 3201 expiring 9/30/24.** |
| State the term remaining | **3 months** |
| List the contract number of any government contract | **Penske Truck Rental** **PO Box 7429** **Pasadena, CA 91109-7429** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 3202 expiring 8/31/26.** |
| State the term remaining | **2 years, 2 months** |
| List the contract number of any government contract | **Penske Truck Rental** **PO Box 7429** **Pasadena, CA 91109-7429** |

Debtor 1   **C&W Transportation Co., LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Lease 3203 expiring 9/30/26.** | |
| State the term remaining — **2 years, 3 months** | |
| List the contract number of any government contract | **Penske Truck Rental**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Lease 2201 expiring 11/30/24.** | |
| State the term remaining — **5 months** | |
| List the contract number of any government contract | **Penske Truck Rental**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Lease 3204 expiring 12/31/26.** | |
| State the term remaining — **2 years, 6 months** | |
| List the contract number of any government contract | **Penske Truck Rental**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Lease 2186 expiring 2/28/25.** | |
| State the term remaining — **8 months** | |
| List the contract number of any government contract | **Penske Truck Rental**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Lease 2187 expiring 2/28/25.** | |
| State the term remaining — **8 months** | |
| List the contract number of any government contract | **Penske Truck Rental**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** |

Debtor 1    **C&W Transportation Co., LLC**                                          Case number *(if known)* _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease 2200 expiring 10/12/24.** | |
|---|---|---|---|
| | State the term remaining | **4 months** | |
| | List the contract number of any government contract | | **Penske Truck Rental**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** |

**Fill in this information to identify the case:**

Debtor name **C&W Transportation Co., LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Genuine Parts Co** | **2999 Wildwood Parkway Atlanta, GA 30339** | **MHC Truck Leasing** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.2 | **JDHB LLC** | **6852 Silver Dollar Cr Timnath, CO 80547** | **MHC Truck Leasing** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.3 | **Platform CW Holdings, LLC** | **1550 Larimer St. Suite 118 Denver, CO 80202** | **MHC Truck Leasing** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **C&W Transportation Co., LLC**

United States Bankruptcy Court for the:   **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $19.81 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $12,161,522.21 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $16,827,459.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **C&W Transportation Co., LLC**            Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Bankers Trust**<br>**453 7th St**<br>**Des Moines, IA 50309** | **2/29/24-6/1/24** | **$390,522.07** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **John S. Gage**<br>**4413 Woodlake Lane**<br>**Wellington, CO 80549**<br>**Shareholder** | 6/16/2023<br>6/30/2023<br>7/10/2023<br>7/14/2023<br>7/28/2023<br>8/11/2023<br>8/18/2023<br>8/25/2023<br>9/8/2023<br>9/22/2023<br>10/6/2023<br>10/13/2023<br>10/20/2023<br>10/27/2023<br>11/3/2023<br>11/17/2023<br>11/24/2023 | **$104,420.67** | **Compensation for providing management services** |
| 4.2. **Cole Bradley**<br>**15256 Staffordshire Way**<br>**Fishers, IN 46037**<br>**Shareholder** | 6/16/2023<br>6/30/2023<br>7/14/2023<br>7/28/2023<br>8/4/2023<br>8/11/2023<br>8/18/2023<br>8/25/2023<br>9/1/2023<br>9/8/2023 | **$118,585.00** | **Compensation for providing management services** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | C&W Transportation Co., LLC | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

---

### Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | MHC Truck Leasing v. C&W Transporation Co, LLC 24CV2470 | Collection | District Court of Johnson County 150 W. Santa Fe St. Olathe, KS 66061 | ■ Pending ☐ On appeal ☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

### Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

### Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |

Debtor   **C&W Transportation Co., LLC**          Case number *(if known)*

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C.**<br>**2580 West Main Street**<br>**Suite 200**<br>**Littleton, CO 80120** | **Includes the filing fee** | **November 14, 2023** | **$6,300.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sold via Roller to unknown third party** | **2008 Trailer VIN xx6403** | **1/17/24** | **$3,000.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Sold via Roller to unknown third party** | **2013 Wabash 53' VIN xx1886** | **1/17/24** | **$11,000.00** |
| | **Relationship to debtor** | | | |
| 13.3. | **Sold via Roller to unknown third party** | **2013 Wabash 53' VIN xx5229** | **1/17/24** | **$11,000.00** |
| | **Relationship to debtor** | | | |
| 13.4. | **Sold via Roller to unknown third party** | **2013 Wabash 53' VIN xx5167** | **1/17/24** | **$11,000.00** |
| | **Relationship to debtor** | | | |

Debtor   **C&W Transportation Co., LLC**                                         Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5. | **Sold via Roller to unknown third party** | 2013 Wabash 53' VIN xx5008 | 1/17/24 | $11,000.00 |
| | Relationship to debtor | | | |
| 13.6. | **Sold via Roller to unknown third party** | 2013 Wabash 53' VIN xx1169 | 1/17/24 | $11,000.00 |
| | Relationship to debtor | | | |
| 13.7. | **Sold via Roller to unknown third party** | 2012 Wabash 53' VIN xx3292 | 1/17/24 | $11,000.00 |
| | Relationship to debtor | | | |
| 13.8. | **Sold via Roller to unknown third party** | 2012 Wabash 53' VIN xx4215 | 1/17/24 | $11,000.00 |
| | Relationship to debtor | | | |
| 13.9. | **Sold via Roller to unknown third party** | 2013 Wabash 53' VIN xx1306 | 1/17/24 | $11,000.00 |
| | Relationship to debtor | | | |
| 13.10. | **AC Towing and Recycling** | 2012 Chevrolet Equinox | 1/10/24 | $1,140.00 |
| | Relationship to debtor | | | |
| 13.11. | **Todd Arnold** | 2004 Toyota Highlander VIN xx4549 | 1/12/24 | $1,200.00 |
| | Relationship to debtor | | | |
| 13.12. | **Western Peak Logistics** | 2009 SPR Trailer | 3/13/24 | $3,470.00 |
| | Relationship to debtor | | | |

Debtor   **C&W Transportation Co., LLC**                              Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 3. | **Unknow Purchaser** | **6' Utility Trailer** | **3/13/24** | **$3,470.00** |
| | Relationship to debtor | | | |
| 13.1 4. | **Western Peal Logistics** | **2005 Wabash Trailer** | **3/13/24** | **$3,650.00** |
| | Relationship to debtor | | | |
| 13.1 5. | **Western Peak Logistics** | **2006 53' Wabash Trailer** | **3/13/24** | **$4,460.00** |
| | Relationship to debtor | | | |
| 13.1 6. | **Westerns Peak Logistics** | **2016 53' Wabash Trailer** | **3/8/24** | **$7,750.00** |
| | Relationship to debtor | | | |
| 13.1 7. | **Iron Planet** | **2017 Freightliner M2 VIN xx5047** | **3/8/24** | **$15,000.00** |
| | Relationship to debtor | | | |
| 13.1 8. | **Sold via Ritchey to unknown third party** | **2005 53' Great Dane Trailer VIN xx1110** | **3/8/24** | **$4,250.00** |
| | Relationship to debtor | | | |
| 13.1 9. | **Sold via Ritchey to unknown third party** | **2020 Wabash Trailer VIN xx8539** | **3/8/24** | **$14,500.00** |
| | Relationship to debtor | | | |
| 13.2 0. | **Sold via Ritchey to unknown third party** | **2012 Wabash 53 Vn xx4270** | **3/8/24** | **$6,750.00** |
| | Relationship to debtor | | | |
| 13.2 1. | **Western Peaks Logistics** | **Wabash Trailer VIN xx4968** | **3/31/24** | **$10,500.00** |
| | Relationship to debtor | | | |

Debtor  **C&W Transportation Co., LLC**                              Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>2. | **Sold via Ritchey to unknown<br>third party** | **2018 Wabash Trailer VIN xx1102** | **3/31/24** | **$10,500.00** |
| | Relationship to debtor | | | |
| 13.2<br>3. | **Western Peak Logistics** | **2013 Wabash Dry Van 53'** | **3/31/24** | **$10,500.00** |
| | Relationship to debtor | | | |
| 13.2<br>4. | **Western Peaks Logistics** | **2 Crown Pallet Jacks S/Ns xx7197 and<br>xx7198** | **3/31/24** | **$200.00** |
| | Relationship to debtor | | | |
| 13.2<br>5. | **Western Peaks Logistics** | **2019 Freightliner Cascadia VIN xx3840** | **3/31/24** | **$35,000.00** |
| | Relationship to debtor | | | |
| 13.2<br>6. | **Western Peak Logistics** | **2019 Freightliner Cascadia VIN xx3839** | **3/31/24** | **$35,000.00** |
| | Relationship to debtor | | | |
| 13.2<br>7. | **Western Peak Logistics** | **2019 Freightliner Cascadia VIN xx3838** | **3/31/24** | **$34,000.00** |
| | Relationship to debtor | | | |
| 13.2<br>8. | **Western Peak Logistics** | **2013 Wabash 53' VIN xx1578** | **3/31/24** | **$10,500.00** |
| | Relationship to debtor | | | |
| 13.2<br>9. | **Western Peak Logisics** | **2013 Wabash 53' VIN xx3306** | **3/31/24** | **$10,500.00** |
| | Relationship to debtor | | | |
| 13.3<br>0. | **Western Peak Logistics** | **2013 Wabash 53' VIN xx3380** | **3/31/24** | **$10,500.00** |
| | Relationship to debtor | | | |

Debtor   **C&W Transportation Co., LLC**                                          Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>1. | **Western Peak Logistics**<br><br>Relationship to debtor | **2013 Wabash 53' VIN xx5169** | **3/31/24** | **$10,500.00** |
| 13.3<br>2. | **Western Peak Logistics**<br><br>Relationship to debtor | **2013 Wabash 53' VIN xx5153** | **3/31/24** | **$10,500.00** |
| 13.3<br>3. | **Western Peak Logistics**<br><br>Relationship to debtor | **2013 Wabash 53' VIN xx3525** | **3/31/24** | **$10,500.00** |
| 13.3<br>4. | **Western Peak Logistics**<br><br>Relationship to debtor | **2013 Wabash 53' VIN xx3428** | **3/31/24** | **$10,500.00** |
| 13.3<br>5. | **Western Peak Logistics**<br><br>Relationship to debtor | **2013 Wabash 53' VIN xx3110** | **3/31/24** | **$10,500.00** |
| 13.3<br>6. | **Western Peak Logistics**<br><br>Relationship to debtor | **2012 Wabash 53' VIN xx4205** | **3/31/24** | **$10,500.00** |
| 13.3<br>7. | **Todd Arnold**<br><br>Relationship to debtor | **2012 Dodge Ram** | **4/1/24** | **$4,500.00** |
| 13.3<br>8. | **Sold via Ritchey to unknown<br>third party**<br><br>Relationship to debtor | **2013 Wabash 53' VIN xx1579** | **4/28/24** | **$7,500.00** |
| 13.3<br>9. | **Iron Planet**<br><br>Relationship to debtor | **2017 Freightliner M2 VIN xx5048** | **5/1/24** | **$15,000.00** |

Debtor   **C&W Transportation Co., LLC**                          Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4 0. | **Sold via Roller to unknown third party** | **Office furniture** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 1. | **Sold via Roller to unknown third party** | **2 liftgates** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 2. | **Sold via Roller to unknown third party** | **Nissan Unicarrier Forklift 4633** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 3. | **Iron Planet** | **2013 Frisco Freight Liner M2** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 4. | **Sold via Roller to unknown third party** | **2009 United W/S Trailer** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 5. | **Penske** | **2019 Freightliner Sleeper 3191** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 6. | **Penske** | **2019 Freightliner DayCab 3192** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 7. | **Penske** | **2019 Freightliner M2 106 SADC 2190** | | **$0.00** |
| | Relationship to debtor | | | |
| 13.4 8. | **Penske** | **2019 Freightliner M2 106 SADC 2191** | | **$0.00** |
| | Relationship to debtor | | | |

Debtor   **C&W Transportation Co., LLC**                              Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.49. | **Penske**<br><br>**Relationship to debtor** | **2017 Freightliner Cascadia TADC Tractor 3170** | | **$0.00** |
| 13.50. | **Penske**<br><br>**Relationship to debtor** | **2017 Freightliner M2 112-26 ft. SADT Med Van 2175** | | **$0.00** |
| 13.51. | **Penske**<br><br>**Relationship to debtor** | **2019 Freightliner New Cascadia 3194** | | **$0.00** |
| 13.52. | **Penske**<br><br>**Relationship to debtor** | **2019 Freightliner New Cascadia 3195** | | **$0.00** |
| 13.53. | **Penske**<br><br>**Relationship to debtor** | **2020 Freightliner New Cascadia 3196** | | **$0.00** |
| 13.54. | **Penske**<br><br>**Relationship to debtor** | **Freightliner New Cascadia Unit 5445** | | **$0.00** |
| 13.55. | **Penske**<br><br>**Relationship to debtor** | **SAD Medium Van Unit 3193** | | **$0.00** |
| 13.56. | **Penske**<br><br>**Relationship to debtor** | **2019 Freightliner New Cascadia 3202** | | **$0.00** |
| 13.57. | **Penske**<br><br>**Relationship to debtor** | **2019 Freightliner New Cascadia 3200** | | **$0.00** |

Debtor   **C&W Transportation Co., LLC**                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.58. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2019 Freightliner New Cascadia 3201** | _____ | **$0.00** |
| 13.59. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2019 Freightliner New Cascadia 3203** | _____ | **$0.00** |
| 13.60. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **SAD Medium Van Unit 2201** | _____ | **$0.00** |
| 13.61. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2020 Freightliner M2 106** | _____ | **$0.00** |
| 13.62. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2019 Freightliner New Cascadia 3204** | _____ | **$0.00** |
| 13.63. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2018 Freightliner M2 106** | _____ | **$0.00** |
| 13.64. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2018 Freightliner M2 106** | _____ | **$0.00** |
| 13.65. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2018 Freightliner M2 106** | _____ | **$0.00** |
| 13.66. | **Penske**<br>_____<br>**Relationship to debtor**<br>_____ | **2018 Freightliner M2 106** | _____ | **$0.00** |

Debtor   **C&W Transportation Co., LLC**                                    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.67. | **Murphy Hoffman Company** | **2017 Kenworth T680** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.68. | **Murphy Hoffman Company** | **2019 Kenworth T880** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.69. | **Murphy Hoffman Company** | **2016 Kenworth T880** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.70. | **Murphy Hoffman Company** | **2017 Kenworth T370** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.71. | **Murphy Hoffman Company** | **2018 Kenworth T880** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.72. | **Murphy Hoffman Company** | **2018 Kenworth T370** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.73. | **Murphy Hoffman Company** | **2018 Kenworth T680** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.74. | **Murphy Hoffman Company** | **2019 Kenworth T690** | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.75. | **Murphy Hoffman Company** | **2021 Kenworth T680** | | **$0.00** |
| | **Relationship to debtor** | | | |

Debtor    **C&W Transportation Co., LLC**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7 6. | **Murphy Hoffman Company** | **2016 Kenworth T880** | | **$0.00** |
| | Relationship to debtor | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **C&W Transportation Co., LLC** _____   Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **C&W Transportation Co., LLC** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Smith, Brooks, Bolshoun & Co., LLP**<br>**5840 E Evans Ave**<br>**Denver, CO 80222** | **2020 - 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Bankers Trust**<br>**453 7th Street**<br>**Des Moines, IA 50309** |
| 26d.2. | **Finstro**<br>**1660 Lincoln Street, Suite 2100**<br>**Denver, CO 80264** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **John S. Gage** | | **Shareholder** | **5** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **C&W Transportation Co., LLC**                     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Brian Burns | 1550 Larimer Street Suite 118 Denver, CO 80202 | Member, Principal | 74 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Jacob Walker | 1550 Larimer St Suite 118 Denver, CO 80202 | Member, Principal | 18.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Cole Bradley | | Shareholder | 2.5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|---------------------------------------------------|
| Cole Bradley | | Shareholder, 2.5% | x - 08/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Cole Bradley | See responses to Question 4 | | Compensation for providing management services |
| | **Relationship to debtor** Shareholder | | | |
| 30.2. | John S. Gage | See response to question 4 | | |
| | **Relationship to debtor** Shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor     **C&W Transportation Co., LLC**                                          Case number *(if known)* _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 11, 2024**

**/s/ Brian Burns**                                              **Brian Burns**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Colorado**

In re    **C&W Transportation Co., LLC**                                                    Case No. _____

                                                    Debtor(s)              Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June 11, 2024**                        **/s/ Brian Burns**
_____                        _____
                                       **Brian Burns/Manager**
                                       Signer/Title